OPINIONS PER CURIAM, ETC., FROM MARCH 2, TO MAY 3, 1903.

No. 169. FRED T. HEGEMAN ET AL., ETC., PLAINTIFFS IN ERROR, v. JOHN H. SPRINGER, AS RECEIVER, ETC. Error to the United States Circuit Court of Appeals for the Second Circuit. Submitted February 24, 1903. Decided March 2, 1903. *Per Curiam.* Judgment affirmed with costs, on the authority of *Bleistein* v. *Donaldson Company,* 188 U. S. 239, decided at this term; *Robinson* v. *Belt,* 187 U. S. 50, and the case remanded to the Circuit Court of the United States for the Southern District of New York. *Mr. Edward Jacobs* for plaintiffs in error. *Mr. Chauncey S. Truax* for defendant in error.

No. 179. GEORGE NESTER ET AL., PLAINTIFFS IN ERROR, v. FRANK E. CHURCH. Error to the Supreme Court of the State of Michigan. Argued February 27, 1903. Decided March 2, 1903. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Castillo* v. *McConnico,* 168 U. S. 674. *Mr. Timothy E. Tarsney* for plaintiffs in error. *Mr. Frank E. Robson* for defendant in error.

No. 402. AMADA C. DE BACA ET AL., ADMINISTRATORS, ETC., APPELLANTS, v. UNITED STATES ET AL. Appeal from the Court of Claims. Submitted February 24, 1903. Decided March 2, 1903. Error being confessed by the appellees, judgment reversed, and cause remanded with directions to proceed therein according to law. *Mr. H. C. Burnett* for appellants. *The Attorney General* and *Mr. Assistant Attorney General Thompson* for appellees.

No. 196. BANK OF COMMERCE, PLAINTIFF IN ERROR, v. CHARLES S. WILTSIE, PROSECUTING ATTORNEY. Error to the Supreme